CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 0 1 2013

JULIA C. DUDLEY, CLERK
BY: /s/ B. Week
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| BILLY ROBERT CHAFIN, | CASE NO. 7:13CV00050 |
| Plaintiff, | |
| v. | FINAL ORDER |
| SOUTHWEST REGIONAL JAIL AUTHORITY, DUFFIELD VA, | By: James C. Turk<br>Senior United States District Judge |
| Defendant. | |

In accordance with the accompanying memorandum opinion, it is hereby

ADJUDGED AND ORDERED

that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), as legally frivolous, and this action is stricken from the active docket of the court.

ENTER: This 1st day of March, 2013.

/s/ James C. Turk
Senior United States District Judge